JOSEPH W. COTCHETT
(SBN 36324; jcotchett@cpmlegal.com)
TAMARAH P. PREVOST
(SBN 313422; tprevost@cpmlegal.com)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

PAUL W. REIDL
(SBN 155221; paul@reidllaw.com)
LAW OFFICE OF PAUL W. REIDL
25 Pinehurst Lane
Half Moon Bay, CA 94019
Telephone: (650) 560-8530

Attorneys for Plaintiff,
SMTM Technology, LLC

Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Lauren Abendshien (*pro hac vice*)
Allyson M. Julien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
labendshien@goldmanismail.com
ajulien@goldmanismail.com

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SMTM TECHNOLOGY, LLC, | Case No.: 4:19-cv-08133-YGR |
| Plaintiff, | JOINT STIPULATION EXTENDING DEADLINES FOR MEDIATION |
| v. | |
| APPLE INC., | |
| Defendant. | |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff, SMTM Technology LLC's ("SMTM"), and Defendant, Apple Inc. ("Apple"), hereby stipulate, subject to the Court's approval, to extend the Court-ordered date for the parties to complete mediation by 60 days.

In support of this stipulation the parties state as follows:

1. On March 30, 2020, the Court entered a Scheduling Order requiring the parties to complete mediation within 90 days, which ran to June 26, 2020. (Dkt. 42 at 1.)

2. The Court's Scheduling Order also recognized that the deadlines should "be followed to the extent practicable given current public health circumstances." (Dkt. 42 at 2.)

3. Pursuant to the Court's Order, the parties initially made arrangements for mediation on June 23 with a mutually agreed-upon neutral, Hon. Edward A. Infante (Ret.). However, they were unable to proceed with mediation at that time due to the current public health circumstances, Judge Infante's availability, and availability of the parties.

4. One party expressed a preference for in-person rather than online mediation, which has not been possible to organize given the risks and uncertainty posed by the current public health crisis. The other party had a scheduling conflict on the date that the selected mediator and other party were available. Apple has closed its offices to protect the health and safety of its employees, including its inhouse counsel and Apple's litigation counsel lives in Chicago and would need to travel in order to attend a mediation in San Francisco.

5. Largely in light of these challenging global circumstances, the parties thus request to extend the original mediation deadline by 60 days, to August 25, 2020. This extension would allow time for the parties to reassess the public health situation, and to reconsider whether proceeding with remote mediation would be a productive alternative in light of all essential individuals' respective schedules.

Accordingly, the parties respectfully request that the Court enter this stipulation.

Pursuant to Civil L.R. 5-1(i)(3), agreement to file this document was obtained from counsel for Apple Inc., on June 26, 2020.

Date: June 29, 2020

Respectfully submitted,

*/s/ Paul W. Reidl*
PAUL W. REIDL
(SBN 155221; paul@reidllaw.com)
LAW OFFICE OF PAUL W. REIDL
25 Pinehurst Lane
Half Moon Bay, CA 94019
Telephone: (650) 560-8530
Attorneys for Plaintiff,
SMTM Technology, LLC

JOSEPH W. COTCHETT
(SBN 36324; jcotchett@cpmlegal.com)
TAMARAH P. PREVOST
(SBN 313422; tprevost@cpmlegal.com)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff*

*/s/ Doug Winnard*
Michael T. Pieja (CA Bar No. 250351)
Alan E. Littmann (*pro hac vice*)
Doug Winnard (CA Bar No. 275420)
Lauren Abendshien (*pro hac vice*)
Allyson M. Julien (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
200 S. Wacker Dr., 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
alittmann@goldmanismail.com
dwinnard@goldmanismail.com
labendshien@goldmanismail.com
ajulien@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Defendant Apple Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____   */s/* _____

| JOINT STIPULATION EXTENDING DEADLINE FOR MEDIATION | 3 | 4:19-cv-08133-YGR |
|---|---|---|