UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SMTM TECHNOLOGY, LLC,** | Case No. 4:19-cv-08133-YGR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER OF DISMISSAL |
| **APPLE INC, a California Corporation,** | |
| Defendant. | |

Law Offices
COTCHETT, PITRE &
MCCARTHY, LLP

[PROPOSED] ORDER OF DISMISSAL

1  On this day Plaintiff SMTM Technology, LLC ("SMTM") and Defendant Apple Inc. ("Apple"), announced to the Court that they have settled their respective claims for relief asserted in the case. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED, that all claims for relief asserted against Apple by SMTM herein are dismissed, with prejudice, and that all counterclaims for relief against SMTM by Apple are dismissed without prejudice; and

IT IS FURTHER ORDERED, that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated: October 20, 2020

_____
The Hon. Yvonne Gonzalez Rogers